**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6292

MICHAEL HATTEN,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph F. Anderson, Jr., Senior District Judge.  (4:21-cv-02912-JFA)

Submitted:  August 22, 2024                    Decided:  September 17, 2024

Before KING, HARRIS, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Hatten, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Hatten appeals the district court's order accepting the magistrate judge's recommendation and dismissing for lack of jurisdiction Hatten's complaint filed under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hatten v. United States*, No. 4:21-cv-02912-JFA (D.S.C. Mar. 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*